ALBANY,
Oct. 1827.

BURNS, assignee of LOUNDS, Sheriff of New York, *against* BURNS.

*Burns
v.
Burns.*

UNDER a rule that the plaintiff pay costs, these had been regularly taxed, and demanded of him personally; but he had not paid; and he could not be found, so as to be personally served with notice of a motion that an attachment issue against him for non-payment. On affidavits of these facts,

*Notice of motion for an attachment for non-payment of costs, pursuant to a rule, is not necessary.*

*H. Stone*, for the defendant, moved for an attachment.

*The attachment goes of course, on proving service of a taxed bill, demand and non-payment.*

*Curia.* No notice of motion was necessary. On proof of personal demand made, with service of a taxed bill, and non-payment, the attachment goes of course.

Motion granted.

---

### ANONYMOUS.

REFEREES had made a report subject to the opinion of the court, on a case stated by them.

*A motion for judgment upon a report of referees subject to the opinion of the court, on a case stated by them, is an enumerated motion.*

*M. T. Reynolds* moved for judgment on a non-enumerated day; but

WOODWORTH, J., (SAVAGE, C. J., and SUTHERLAND, J. being absent,) would not hear the motion; saying it was an enumerated motion, and should go upon the calendar.

Papers withdrawn.